IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROGER OTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-CV-3123 |
| | ) |
| COUNTRY CLASSIC CARS, | ) |
| L.L.C., RUSSELL NOEL, and | ) |
| STEVE DOE (last name | ) |
| unknown), | ) |
| | ) |
| Defendants. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge.**

THIS MATTER comes on to be heard upon the parties Joint Motion and Stipulation for Dismissal (d/e 10) whereby the parties agree to stipulate that this suit has been settled and should be dismissed with prejudice and without leave to reinstate, which stipulation is hereby ENTERED, and the Court further finds that said stipulation is properly of record and that this Complaint should be dismissed in accordance with the representations therein contained.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Amended Complaint is hereby dismissed with prejudice and without leave to reinstate, each party to pay the costs, attorney's fees and expenses as described in the Settlement Agreement between the parties. Title to the 1969 Chevrolet Nova, VIN #113279W418305 described in this cause shall be retitled to Country Classic Cars, LLC. All costs having been paid, IT IS FURTHER ORDERED that this cause be stricken. No judgment to enter. CASE CLOSED.

**ENTERED: July 8, 2021**

**FOR THE COURT:**

    *s/Sue E. Myerscough*
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**